IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-073 |
| | ) | |
| MICHAEL JERRY NASWORTHY | ) | |
| IVEY ELIZABETH CLEMENTS | ) | |

_____

**O R D E R**
_____

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved.  (See doc. no. 32.)  Therefore, a motions hearing is not necessary, and the pending motion is **MOOT**.  (Doc. no. 21.)

SO ORDERED this 21st day of December, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA